UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THEO L. SIMMONS, | No. 2:22-cv-1516 AC P |
| Petitioner, | |
| v. | ORDER |
| KATHLEEN ALLISON, | |
| Respondent. | |

Petitioner, a state prisoner proceeding pro se, has filed a petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2254, together with an application to proceed in forma pauperis. However, petitioner has failed to provide any of the information requested in the application form. See ECF No. 2. Although petitioner indicates that the prison will be sending a copy of his inmate trust account statement, he is still required to complete the form, which addresses any assets he may have outside of his trust account. Petitioner will be provided the opportunity to submit a completed application in support of his request to proceed in forma pauperis.

In accordance with the above, IT IS HEREBY ORDERED that:

1. Petitioner shall submit, within thirty days from the date of this order, a completed application in support of his request to proceed in forma pauperis. Failure to comply with this order will result in a recommendation that this action be dismissed.

////

1

2. The Clerk of the Court is directed to send petitioner a copy of the in forma pauperis form used by this district.

DATED: September 6, 2022.

*[signature: Allison Claire]*
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE