UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THEO L. SIMMONS, | No. 2:22-cv-1516 TLN AC P |
| Petitioner, | |
| v. | ORDER |
| KATHLEEN ALLISON, | |
| Respondent. | |

Petitioner is a state prisoner proceeding pro se with a petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2254. On October 21, 2022, petitioner was ordered to show cause in writing why the petition should not be dismissed as untimely. ECF No. 11. Thirty days have now passed, and petitioner has failed to respond to the order. Petitioner will be given one last opportunity to respond to the order.

Accordingly, IT IS HEREBY ORDERED that within twenty-one days of the service of this order, petitioner must show cause in writing why the petition should not be dismissed as untimely. Failure to comply with this order will result in a recommendation that the petition be dismissed without further warning.

DATED: December 14, 2022

ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE