UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THEO L. SIMMONS, | No. 2:22-cv-1516 TLN AC P |
| Petitioner, | |
| v. | ORDER |
| KATHLEEN ALLISON, | |
| Respondent. | |

Petitioner requested a thirty-day extension of time to file objections to the November 20, 2024 findings and recommendations. The current deadline is December 11, 2024. Good cause appearing, IT IS HEREBY ORDERED that:

1. Petitioner's request for an extension of time (ECF No. 25) is GRANTED; and

2. Petitioner shall have an additional thirty days, up to January 10, 2025, to file any objections to the findings and recommendations.

DATED: December 9, 2024

_____
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE